# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:13-CR-247 LJO-SKO
)
KEVIN WILLIAM SMITH )

**FILED**
NOV 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum        ( ) Ad Testificandum.
Name of Detainee:    Kevin William Smith
Detained at (custodian):    Fresno County Jail

Detainee is:  a.)    (x) charged in this district by:
                  (x) Indictment    ( ) Information    ( ) Complaint
    Charging Detainee With:  **18/922(g)(1) - Felon in Possession of a Firearm and 21/841(a)(1)- Possession With Intent to Distribute Cocaine Base**

or  b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (x) return to the custody of detaining facility upon termination of proceedings
or  b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California on* **Thursday, November 21, 2013 @ 1:30 p.m.**

Signature:  /s/ Kimberly A. Sanchez, Assistant U.S. Attorney
Printed Name & Phone No.:  KIMBERLY A. SANCHEZ
Attorney of Record for:  UNITED STATES

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date  11/20/2013        /s/ Sheila K. Oberto
                                  United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male x  Female ☐ | |
| Booking or Fed. Reg. #: | 7004226 | DOB: | 8/26/1988 |
| Facility Address: | Fresno County Jail | Race: | Black |
| | | FBI #: | |
| Facility Phone: | | | |
| Release Date: | 12/24/2013 | | |

**RETURN OF SERVICE**

Executed on _____    by _____    _____
                                                (Signature)