## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

KEVIN WILLIAM SMITH

) ) ) )

CASE NO. 1:13-CR-247 LJO/SKO

**FILED**

NOV 2 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum                   () Ad Testificandum

Name of Detainee:     Kevin William Smith

Detained at (custodian):     Fresno County Jail

Detainee is:   a.)     (x) charged in this district by:

                (x) Indictment      () Information      () Complaint

Charging Detainee With: **18/922(g)(1) - Felon in Possession of a Firearm and 21/841(a)(1)-Possession With Intent to Distribute Cocaine Base**

    or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)     () return to the custody of detaining facility upon termination of proceedings

    or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence

                is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on **Friday, November 22, 2013 @ 1:30**

                         Signature:   /s/ Kimberly A. Sanchez, Assistant U.S. Attorney

                         Printed Name & Phone No.:   KIMBERLY A. SANCHEZ

                         Attorney of Record for:   UNITED STATES

### WRIT OF HABEAS CORPUS

                (X) Ad Prosequendum              () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date   11/20/2013                            United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male  x | Female ☐ |
| Booking or Fed. Reg. #: | 7004226 | DOB: | 8/26/1988 |
| Facility Address: | Fresno County Jail | Race: | Black |
| | | FBI #: | |
| Facility Phone: | | | |
| Release Date: | 12/24/2013 | | |

**RETURN OF SERVICE**

Executed on            by

                                    (Signature)