1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-00247 LJO-SKO

13                 Plaintiff,             STIPULATION AND ORDER TO CONTINUE
                                          STATUS CONFERENCE
14         v.

15  KEVIN SMITH,

16                 Defendant.

17

18         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19  Kimberly A. Sanchez, Assistant U.S. Attorney and Peggy Sasso, attorney for the defendant, that the status

20  conference set for January 21, 2014, at 1:00 pm before the Honorable Sheila K. Oberto be continued to

21  February 3, 2014, at 1:00 p.m.  The reason for the request is because the Honorable Lawrence J. O'Neill

22  issued an Order dated January 14, 2014, 1:14-mc-0003 LJO, prohibiting any defendant in custody at Fresno

23  County Jail from being transported to Federal Court due to an outbreak of H1N1 flu.  The Order is in effect

24  for 7 days, but contemplates the potential of being extended.  The defendant is in custody at Fresno County

25  Jail.  The parties agree that the Court's next regularly scheduled date for status conferences provides a

26  reasonable amount of time for the flu outbreak to be resolved, and the parties can revisit the issue if it is not.

27  Additionally, the parties will engage in discussions to determine whether the case can be resolved by a plea

28  during the time of the continuance.

   U.S. v. Smith Stipulation and Order            1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 15, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 15, 2014

/s/ Peggy Sasso
PEGGY SASSO
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **January 15, 2014**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE