| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | KEVIN SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-0247 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ADVANCING |
| | ) CHANGE OF PLEA |
| vs. | ) |
| KEVIN SMITH, | ) DATE: May 27, 2014 |
| | ) TIME:  8:30 a.m. |
| Defendant. | ) JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing currently set for June 2, 2014 at 8:30 a.m., **may be advanced and rescheduled to May 27, 2014 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.**

The parties have entered into a plea agreement and have agreed to advance the matter to May 27, 2014.

-1-

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
United States Attorney

DATED: May 21, 2014                      By:    */s/ Kimberly A. Sanchez*
                                                          KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


                                                HEATHER E. WILLIAMS
Federal Defender

DATED: May 21, 2014                      By:    */s/ Peggy Sasso*
                                                          PEGGY SASSO
Assistant Federal Defender
Attorneys for Defendant
KEVIN SMITH


IT IS SO ORDERED.

    Dated:  **May 21, 2014**                        **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE