HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
KEVIN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-0247 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| ) | HEARING AND ORDER |
| vs. ) | |
| ) | DATE: September 15, 2014 |
| KEVIN SMITH, ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, August 18, 2014, may be continued to **September 15, 2014 at 8:30 a.m.**

The continuance is requested because defense counsel is unavailable on August 18, 2014 due to a medical appointment out of town. Considering the parties' and the Court's schedule, the next available hearing date is September 15, 2014.

The parties further stipulate and jointly request that the Court extend the following deadlines:

Formal Objections to the PSR/Sentencing Memorandum: September 8, 2014

The requested continuance will conserve time and resources for both counsel and the court.

///

```
                                              Respectfully submitted,


                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED: July 23, 2014              By:    /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant United States Attorney
                                         Attorney for Plaintiff



                                         HEATHER E. WILLIAMS
                                         Federal Defender


DATED: July 23, 2014              By:    /s/ Peggy Sasso
                                         PEGGY SASSO
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         KEVIN SMITH
```

**O R D E R**

IT IS SO ORDERED.

   Dated:  **July 24, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE