BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00247 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND EXTEND THE TIME FOR THE GOVERNMENT TO FILE A RESPONSE TO THE DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| KEVIN SMITH, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Peggy Sasso, attorney for the defendant, that the sentencing set for September 15, 2014 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to September 22, 2014, at 8:30 a.m., and that the government's due date for its response to the defendant's sentencing memorandum be extended to Monday, September 15, 2014.  The government received the defendant's sentencing memorandum on Monday, September 8, 2014 at 5:18 p.m.  The undersigned AUSA has a business engagement scheduled for the morning of September 9, 2014, and then is leaving to go to the 9th Circuit in San Francisco for argument in *United States v. Michael Martinez*, 1:13-CR-00, scheduled for the morning of September 10, 2014.  As such, the government will be unable to complete a review of and response to the defendant's sentencing memorandum (if needed) by Wednesday at noon.  Given the length of

the defendant's sentencing memorandum and other matters on the government's schedule, the government needs until next Wednesday to review and respond if necessary.

Dated: September 9, 2014                    Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                    United States Attorney

                                      By    /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney

Dated: September 9, 2014                     /s/ Peggy Sasso
                                                     PEGGY SASSO
                                                     Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:    **September 10, 2014**                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE